IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RICHARD ROBINSON | § | |
| Plaintiff, | § § § | |
| VS. | § § | NO. 3-11-CV-3281-O-BD |
| CHUCK YOUNG, ET AL. | § § | |
| Defendants. | § § | |

## ORDER

On February 7, 2012, the magistrate judge recommended the dismissal without prejudice of this *pro se* civil rights action because plaintiff failed to answer a *Spears* questionnaire. After this recommendation was issued, plaintiff answered the questionnaire. Accordingly, the magistrate judge vacates his recommendation [Doc. #9] that the case be dismissed without prejudice.

SO ORDERED.

DATED: February 27, 2012.

JEFF KAPLAN
UNITED STATES MAGISTRATE JUDGE